

1  Andrea Anderson (admitted *pro hac vice*)
   Nadya C. Bosch (admitted *pro hac vice*)
2  HOLLAND & HART LLP
   1800 Broadway, Suite 300
3  Boulder, CO 80302
   Phone: 303-473-2700
4  Fax: 303-473-2720
   Email: aanderson@hollandhart.com
5  Email: ncbosch@hollandhart.com

6  Ben M. Davidson (CA Bar No. 181464)
   DAVIDSON LAW GROUP
7  11377 West Olympic Blvd.
   Los Angeles, CA 90064
8  Phone: 310-473-2300
   Fax: 310-473-2941
9  Email: bdavidson@davidson-lawfirm.com

10 Attorneys for Plaintiff RE/MAX, LLC

```
The initial case management conference
is continued to 11/8/13 @ 2:30 p.m.
```

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| RE/MAX, LLC,<br>a Delaware limited liability company,<br><br>   Plaintiff,<br><br>v.<br><br>MIN LE, an individual, et al.,<br><br>   Defendants. | Case No. 3:13-cv-02625-SI<br><br>**RE/MAX'S MOTION TO VACATE AND CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |

    Plaintiff RE/MAX, LLC ("RE/MAX"), by and through its undersigned counsel, respectfully moves the Court to vacate and continue the Initial Case Management Conference, (the "Conference") currently set for September 6, 2013 [Dkt. 13].

    Upon application by RE/MAX, the Clerk of the Court entered default against both Defendants in this matter on August 14, 2013 for their failure to plead or otherwise defend the action [Dkt. 22]. As of the date of this filing, Defendants have failed to answer or otherwise respond to the Summons and Complaint. RE/MAX is currently finalizing, and intends to file shortly, a motion for default judgment against both Defendants, which, if granted, would finally resolve this matter.

As such, RE/MAX respectfully requests that the Court vacate and continue the Conference until such time as the Court has made a determination on RE/MAX's motion for default judgment.

DATED this 3rd day of September, 2013.

                         Respectfully submitted by,

                         *s/Nadya Bosch*
                         Andrea Anderson (admitted *pro hac vice*)
                         Nadya C. Bosch (admitted *pro hac vice*)
                         HOLLAND & HART LLP

                         Ben M. Davidson (CA Bar No. 181464)
                         DAVIDSON LAW GROUP

                         **Attorneys for Plaintiff**
                         **RE/MAX, LLC**

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of September, 2013, I caused to be served a true and correct copy of the foregoing by depositing same in the United States mail, first class postage fully prepaid to the persons and addresses listed below:

| | |
|---|---|
| AMAX REALTY AND LENDING, INC.<br>MIN LE<br>3087 Oldwood Court<br>San Jose, CA 95148 | AMAX REALTY AND LENDING, INC.<br>MIN LE<br>2268 Quimby Road East<br>San Jose, CA 95122 |

*s/Rachel Held*
An Employee of Holland & Hart LLP

6387483_1

HOLLAND & HART LLP

Motion to Vacate and Continue Initial Case Management Conference