

The initial case management conference is continued to 11/8/13 @ 2:30 p.m.

1 Andrea Anderson (admitted *pro hac vice*)
  Nadya C. Bosch (admitted *pro hac vice*)
2 HOLLAND & HART LLP
  1800 Broadway, Suite 300
3 Boulder, CO 80302
  Phone: 303-473-2700
4 Fax: 303-473-2720
  Email: aanderson@hollandhart.com
5 Email: ncbosch@hollandhart.com

6 Ben M. Davidson (CA Bar No. 181464)
  DAVIDSON LAW GROUP
7 11377 West Olympic Blvd.
  Los Angeles, CA 90064
8 Phone: 310-473-2300
  Fax: 310-473-2941
9 Email: bdavidson@davidson-lawfirm.com

10 Attorneys for Plaintiff RE/MAX, LLC

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| RE/MAX, LLC, <br><br> a Delaware limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> MIN LE, an individual, et al., <br><br> Defendants. | Case No. 3:13-cv-02625-SI <br><br> **RE/MAX'S MOTION TO VACATE AND CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |

Plaintiff RE/MAX, LLC ("RE/MAX"), by and through its undersigned counsel, respectfully moves the Court to vacate and continue the Initial Case Management Conference, (the "Conference") currently set for September 6, 2013 [Dkt. 13].

Upon application by RE/MAX, the Clerk of the Court entered default against both Defendants in this matter on August 14, 2013 for their failure to plead or otherwise defend the action [Dkt. 22]. As of the date of this filing, Defendants have failed to answer or otherwise respond to the Summons and Complaint. RE/MAX is currently finalizing, and intends to file shortly, a motion for default judgment against both Defendants, which, if granted, would finally resolve this matter.

1
Motion to Vacate and Continue Initial Case Management Conference

1  As such, RE/MAX respectfully requests that the Court vacate and continue the
2  Conference until such time as the Court has made a determination on RE/MAX's motion for
3  default judgment.

5  DATED this 3rd day of September, 2013.

Respectfully submitted by,

*s/Nadya Bosch*
Andrea Anderson (admitted *pro hac vice*)
Nadya C. Bosch (admitted *pro hac vice*)
HOLLAND & HART LLP

Ben M. Davidson (CA Bar No. 181464)
DAVIDSON LAW GROUP

**Attorneys for Plaintiff**
**RE/MAX, LLC**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of September, 2013, I caused to be served a true and correct copy of the foregoing by depositing same in the United States mail, first class postage fully prepaid to the persons and addresses listed below:

AMAX REALTY AND LENDING, INC.
MIN LE
3087 Oldwood Court
San Jose, CA 95148

AMAX REALTY AND LENDING, INC.
MIN LE
2268 Quimby Road East
San Jose, CA 95122

*s/Rachel Held*
An Employee of Holland & Hart LLP

6387483_1