IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REMAX, LLC,<br><br>    Plaintiff,<br><br>   v.<br><br>MIN LE, *et al.*,<br><br>    Defendants.<br>_____/ | No. C 13-02625 SI<br><br>**ORDER RE: REMOVAL OF INFRINGING "AMAX" MARK** |

On July 25, 2014, the Court held a further hearing regarding the status of defendant Le's efforts to have the infringing "Amax" mark removed from various websites and advertisements. On November 8, 2013, the Court issued judgment against defendants and ordered that they "cease using [the] Amax mark within 60 days." Docket No. 30. Despite this Court's judgment, as of the July 25, 2014 hearing, there are numerous websites that still advertise or list the "Amax" mark.

As discussed at the hearing, the Court ORDERS defendant Le to take whatever further steps are necessary to have "Amax" removed from the twenty websites listed on pages 2-4 of the July 24, 2014 declaration of Ben Davidson. *See* Docket No. 50 at 2-4. These steps include, but are not limited to, furnishing a copy of this order to the website operators, making phone calls to the appropriate people at the websites regarding removing "Amax" from the websites, and making any follow up inquiries necessary to ensure that the "Amax" mark has been removed from the websites. If defendant encounters any difficulties with regard to having "Amax" removed from the websites, defendant is directed to

promptly contact Mr. Davidson, as Mr. Davidson has offered to assist plaintiff in this process. Plaintiff is also authorized to distribute this order, and any other Court order or judgment, as necessary to effectuate the removal of "Amax" from websites or other advertisements.

Defendant is further ordered to change the phone number for his business within 45 days of the filing date of this order.

The Court will hold a further hearing on this matter at 9:00 a.m. on August 8, 2014. As the Court informed defendant at the July 25, 2014 hearing, if defendant has not had "Amax" removed from the twenty websites by August 8, 2014, or demonstrated good cause for failing to do so, the Court will find defendant in civil contempt of this Court's orders and defendant will be subject to a daily fine until defendant fully complies with the Court's orders.

**IT IS SO ORDERED.**

Dated: July 25, 2014

SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE