IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REMAX, LLC, | No. C 13-02625 SI |
| Plaintiff, | **ORDER VACATING AUGUST 8, 2014 HEARING AND DENYING PLAINTIFF'S MOTION FOR SANCTIONS AND DENYING DEFENDANT'S MOTION TO DISMISS** |
| v. | |
| MIN LE, *et al.*, | |
| Defendants. | |

The Court has reviewed the August 7, 2014 declaration of plaintiff's counsel Ben Davidson. Mr. Davidson states that he has been in communication with defendant Le since the July 25, 2014 hearing, and that plaintiff "is now satisfied that defendant appears to have made sufficient efforts to comply with the Court's Order at this time," and that there is no need to proceed with the August 8, 2014 hearing. Davidson Decl. ¶ 4.

Accordingly, the Court VACATES the August 8, 2014 hearing. In light of the current status of defendant's efforts to comply with the Court's orders and judgment, the Court DENIES plaintiff's motion for sanctions. However, if there are further issues regarding defendant's noncompliance with the Court's orders and judgment, plaintiff may seek further relief from this Court, including attorney's fees if appropriate. Defendant's motion to dismiss this lawsuit is DENIED.

This order resolves Docket Nos. 40 and 41.

**IT IS SO ORDERED.**

Dated: August 7, 2014

SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE